# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ronald Gruner

                              Plaintiff,

v.                                                     Case No.: 1:18−cv−02143

                                                          Honorable John J. Tharp Jr.

Huron Consulting Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued to 1/28/20 at 9:00 a.m. The parties agreed proposed discovery schedule is adopted as follows: written discovery to be completed by 12/31/19; fact depositions are to be completed by 4/30/20. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.